IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

JONATHAN LOYD,

       Appellant,

v.

       Case No.  5D22-759
       LT Case No. 2009-CF-003544-B-0

STATE OF FLORIDA,

       Appellee.

_____/

Opinion filed June 3, 2022

3.850 Appeal from the Circuit Court
for Orange County,
Renee A. Roche, Judge.

Jonathan Loyd, Wewahitchka, pro
se.

No Appearance for Appellee.

PER CURIAM.

       This Court previously affirmed the trial court's order denying Appellant's motion for postconviction relief in Orange County Circuit Court Case Number 2009-CF-003544-B-0.  Because it appears that Appellant's postconviction filings are abusive, repetitive, malicious, or frivolous, Appellant

is cautioned that any further similarly inappropriate pro se filings in this Court asserting claims stemming from Orange County Circuit Court Case Number 2009-CF-003544-B-0 may result in sanctions such as a bar on pro se filing in this Court and referral to prison officials for disciplinary proceedings, which may include forfeiture of gain time. *See* § 944.279(1), Fla. Stat. (2020); *State v. Spencer*, 751 So. 2d 47 (Fla. 1999).

APPELLANT CAUTIONED.

LAMBERT, C.J., COHEN and EDWARDS, JJ., concur.